■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARION TEEL, Appellant.— Judgment of conviction unanimously affirmed. While we find in this record certain errors, we are satisfied that they are of such a nature that they may be disregarded under section 542 of the Code of Criminal Procedure, since the evidence clearly establishes the guilt of the defendant. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.